FILED
OCT 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
OCT 24 AM 11:47
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC CONCETTI,<br><br>Plaintiff,<br><br>v.<br><br>IMPAC FUNDING CORORATION, a California corporation, dba IMPAC; UNIVERSAL MORTGAGE AND SALES, INC., a California corporation; RAYMOND FLORES, an individual; and ERIK S. GONZALES, an individual;.<br><br>Defendants. | Case No.<br><br>JW<br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>C07 05410 JW HRL |

Jessica Fry, an active member in good standing of the bar of the State of Oregon, whose business address and telephone number is 111 West Saint John Street, Suite 315, San Jose, CA 95113, (408) 280-2458, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Dominic Concetti.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 29, 2007

James Ware
United States Judge

---

1

DECLARATION OF SHARON FRASER IN SUPPORT
OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM