JESSICA L. FRY, Oregon State Bar No. 076018, Pending Admission *Pro Hac Vice*
jessicaf@lawfoundation.org
KERSTIN ARUSHA, State Bar No. 182624
kerstina@lawfoundation.org
LAW FOUNDATION OF SILICON VALLEY
111 West Saint John Street, #315
San Jose, CA 95113
Telephone:   (408) 280-2458
Facsimile:    (408) 293-0106

Attorneys for Plaintiff
DOMINIC CONCETTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINIC CONCETTI,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL MORTGAGE AND SALES, a California corporation, IMPAC FUNDING CORORATION, a California corporation, dba IMPAC, RAYMOND FLORES.<br><br>    Defendants. | Case No. C07 05410 HRL JW<br><br>[PROPOSED] ORDER GRANTING AMENDED PLAINTIFFS' EX PARTE APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM |

///

///

///

///

///

///

///

1

Having considered the ex parte application for appointment of Sharon Fraser as guardian ad litem for Dominic Concetti, the declaration of Dominic Concetti requesting and consenting to the appointment of a guardian ad litem, and the memorandum of points and authorities in support of the application in the above action, and good cause appearing therefore, it is hereby ordered that Sharon Fraser be appointed guardian ad litem for Dominic Concetti in the above action.

IT IS SO ORDERED.

Dated: NOV 1 6 2007

James Ware
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DOMINIC CONCETTI,

       Plaintiff,

v.

IMPAC FUNDING CORPORATION, ET AL.
et al,

       Defendant.

Case Number: CV07-05410 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jessica Lynn Fry
Law Foundation of Silicon Valley
Fair Housing Law Project
111 W. St. John St. Suite 315
San Jose, CA 95113

Kerstin Arusha
Law Foundation of Silicon Valley
111 West St. John Street Suite 315
San Jose, CA 95113

Dated: November 16, 2007

Richard W. Wieking, Clerk

*Elizabeth C. Garcia*
By: Elizabeth C. Garcia, Deputy Clerk