1  CHARLES M. STANDARD   Bar Number 160720
   LAW OFFICE OF CHARLES M. STANDARD
2  152 N. Third Street, Suite 700
   San Jose, CA  95112
3  (408) 275-9700   Phone
   (408) 286-0337   Facsimile
4

5  Attorney for Defendant, Raymond Flores

6

7

8                        UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

11 DOMINIC CONCETTI, by his Guardian Ad Litem,  )   Case Number:  C 07 05410 JW
   SHARON FRASER                               )
12                                             )   ANSWER OF RAYMOND FLORES
                  Plaintiff,                   )   TO COMPLAINT
13                                             )
   vs.                                         )
14                                             )
   IMPAC FUNDING CORPORATION, a                )
15 California Corporation, dba IMPAC;          )
   UNIVERSAL MORTGAGE AND SALES, INC.,         )
16 a California Corporation, RAYMOND FLORES,   )
   an individual;  and ERIK S. GONZALES, an    )
17 individual                                  )
                                               )
18                Defendants                   )
                                               )
19 _____    )

20        Defendant, RAYMOND FLORES, responds to the Complaint herein as follows.

21        1.      Defendant admits that plaintiff is a resident of Santa Clara County California.

22 Regarding the allegation regarding plaintiff's Guardian ad Litem, defendant is without sufficient

23 knowledge or information to form a belief as to the truth of this allegation, and on that basis denies

24 same.

25        2.      Defendant admits each and every allegation contained in paragraph two of the

26 complaint.

27        3.      Defendant admits each and every allegation contained in paragraph three of the

28 complaint.

1  4.  Defendant admits each and every allegation contained in paragraph four of the
2  complaint.

3  5.  Defendant admits each and every allegation contained in paragraph five of the
4  complaint.

5  6.  Defendant admits each and every allegation contained in paragraph six of the
6  complaint.

7  7.  Defendant denies each and every allegation contained in paragraph seven of the
8  complaint.

9  8.  Defendant denies each and every allegation contained in paragraph eight of the
10  complaint.

11  9.  Defendant denies each and every allegation contained in paragraph nine of the
12  complaint.

13  10.  Defendant denies each and every allegation contained in paragraph ten of the
14  complaint.

15  11.  Defendant denies each and every allegation contained in paragraph eleven of the
16  complaint.

17  12.  Defendant admits each and every allegation contained in paragraph twelve of the
18  complaint.

19  13.  Defendant admits each and every allegation contained in paragraph thirteen of the
20  complaint.

21  14.  Defendant denies each and every allegation contained in paragraph fourteen of the
22  complaint.

23  15.  Defendant denies each and every allegation contained in paragraph fifteen of the
24  complaint.

25  16.  Defendant denies each and every allegation contained in paragraph sixteen of the
26  complaint.

27  17.  Defendant denies each and every allegation contained in paragraph seventeen of the
28  complaint.

1      18.     Defendant denies each and every allegation contained in paragraph eighteen of the

2   complaint.

3      19.     Defendant denies each and every allegation contained in paragraph nineteen of the

4   complaint.

5      20.     Defendant denies each and every allegation contained in paragraph twenty of the

6   complaint.

7      21.     Defendant admits he contacted plaintiff for purposes of refinancing his home.

8   Defendant denies each and every other allegation contained in paragraph twenty-one of the

9   complaint.

10      22.     Defendant denies each and every allegation contained in paragraph 22 of the

11   complaint.

12      23.     Defendant admits he spoke with plaintiff and his daughter regarding refinancing

13   plaintiff's home.  Defendant denies each and every other allegation contained in paragraph twenty-

14   three of the complaint.

15      24.     Defendant denied each and every allegation contained in paragraph twenty-four of the

16   complaint.

17      25.     Defendant denies each and every allegation contained in paragraph twenty-five of the

18   complaint.

19      26.     Defendant denies each and every allegation contained in paragraph twenty-six of the

20   complaint.

21      27.     Defendant denies each and every allegation contained in paragraph twenty-seven of

22   the complaint.

23      28.     Defendant denies each and every allegation contained in paragraph twenty-eight of

24   the complaint.

25      29.     Defendant denies each and every allegation contained in paragraph twenty-nine of the

26   complaint.

27      30.     Defendant denies each and every allegation contained in paragraph thirty of the

28   complaint.

1    31.    Defendant denies each and every allegation contained in paragraph thirty-one of the

2    complaint.

3    32.    Defendant denies each and every allegation contained in paragraph thirty-two of the

4    complaint.

5    33.    Defendant denies each and every allegation contained in paragraph thirty-three of the

6    complaint.

7    34.    Defendant denies each and every allegation contained in paragraph thirty-four of the

8    complaint.

9    35.    Defendant denies each and every allegation contained in paragraph thirty-five of the

10    complaint.

11    36.    Defendant denies each and every allegation contained in paragraph thirty-six of the

12    complaint.

13    37.    Defendant denies each and every allegation contained in paragraph thirty-seven of the

14    complaint.

15    38.    Defendant admits the loan was originally denied.  Defendant denies each and every

16    other allegation contained in paragraph thirty-eight of the complaint.

17    39.    Defendant denies each and every allegation contained in paragraph thirty-nine of the

18    complaint.

19    40.    Defendant denies each and every allegation contained in paragraph forty of the

20    complaint.

21    41.    Defendant denies each and every allegation contained in paragraph forty-one of the

22    complaint.

23    42.    Defendant denies each and every allegation contained in paragraph forty-two of the

24    complaint.

25    43.    Defendant denies each and every allegation contained in paragraph forty-three of the

26    complaint.

27    44.    Defendant denies each and every allegation contained in paragraph forty-four of the

28    complaint.

1         45.     Defendant denies each and every allegation contained in paragraph forty-five of the

2   complaint

3         46.     Defendant admits plaintiff paid finance charges and interest payments to Defendants.

4   Defendant denies such payments were based upon illegal and improper loans.

5         47.     Defendant denies each and every allegation contained in paragraph forty-seven of the

6   complaint.

7         48.     Defendant denies each and every allegation contained in paragraph forty-eight of the

8   complaint.

9         49.     Defendant hereby realleges and incorporates by reference all of the allegations of

10  paragraph one through forty-eight as though fully set forth herein.

11        50.     Defendant admits the allegations contained in paragraph fifty of the complaint.

12        51.     Defendant admits the allegations contained in paragraph fifty-one of the complaint.

13        52.     Defendant admits the allegations contained in paragraph fifty-two of the complaint.

14        53.     Defendant denies each and every allegation contained in paragraph fifty-three of the

15  complaint.

16        54.     Defendant denies each and every allegation contained in paragraph fifty-four of the

17  complaint.

18        55.     Defendant denies each and every allegation contained in paragraph fifty-five of the

19  complaint.

20        56.     Defendant hereby realleges and incorporates by reference all of the allegations of

21  paragraph one through fifty-five as though fully set forth herein.

22        57.     Answering paragraph fifty-seven of the Complaint, defendant is without sufficient

23  knowledge or information to form a belief as to the truth of the allegations contained in said

24  paragraph, and on that basis denies each and every allegation contained therein.

25        58.     Defendant admits each and every allegation contained in paragraph fifty-eight of the

26  complaint.

27        59.     Defendant denies each and every allegation contained in paragraph fifty-nine of the

28  complaint.

1    60.    Defendant denies each and every allegation contained in paragraph sixty of the

2    complaint.

3    61.    Defendant denies each and every allegation contained in paragraph sixty-one of the

4    complaint.

5    62.    Defendant denies each and every allegation contained in paragraph sixty-two of the

6    complaint.

7    63.    Defendant denies each and every allegation contained in paragraph sixty-three of the

8    complaint.

9    64.    Defendant hereby realleges and incorporates by reference all of the allegations of

10    paragraph one through sixty-three as though fully set forth herein.

11    65.    Defendant denies each and every allegation contained in paragraph sixty-five of the

12    complaint.

13    66.    Defendant denies each and every allegation contained in paragraph sixty-six of the

14    complaint.

15    67.    Defendant denies each and every allegation contained in paragraph sixty-seven of the

16    complaint.

17    68.    Defendant denies each and every allegation contained in paragraph sixty-eight of the

18    complaint.

19    69.    Defendant denies each and every allegation contained in paragraph sixty-nine of the

20    complaint.

21    70.    Defendant denies each and every allegation contained in paragraph seventy of the

22    complaint.

23    71.    Defendant denies each and every allegation contained in paragraph seventy-one of the

24    complaint.

25    72.    Defendant denies each and every allegation contained in paragraph seventy-two of the

26    complaint.

27    73.    Defendant denies each and every allegation contained in paragraph seventy-three of

28    the complaint.

74.    Defendant denies each and every allegation contained in paragraph seventy-four of the complaint.

75.    Defendant hereby realleges and incorporates by reference all of the allegations of paragraph one through seventy-four as though fully set forth herein.

76.    Defendant denies that defendants breached duties to plaintiff and also denied they made any misrepresentations to plaintiff.  Defendant admits he was subject to the duties referenced in paragraph seventy-six.

77.    Defendant denies each and every allegation contained in paragraph seventy-seven of the complaint.

78.    Defendant denies each and every allegation contained in paragraph seventy-eight of the complaint.

79.    Defendant denies each and every allegation contained in paragraph seventy-nine of the complaint.

80.    Defendant hereby realleges and incorporates by reference all of the allegations of paragraph one through seventy-nine as though fully set forth herein.

81.    Defendant denies each and every allegation contained in paragraph eighty-one of the complaint.

82.    Defendant denies each and every allegation contained in paragraph eighty-two of the complaint.

83.    Defendant denies each and every allegation contained in paragraph eighty-three of the complaint.

84.    Defendant denies each and every allegation contained in paragraph eighty-four of the complaint..

85.    Defendant hereby realleges and incorporates by reference all of the allegations of paragraph one through eighty-four as though fully set forth herein.

86.    Defendant admits he owed a duty of care to plaintiff, including the duty to comply with all applicable statutory obligations.  Defendant denies each and every other allegation contained in paragraph eighty-six of the complaint.

1    87.    Defendant denies each and every allegation contained in paragraph eighty-seven of

2  the complaint.

3    88.    Defendant denies each and every allegation contained in paragraph eighty-eight of the

4  complaint.

5    89.    Defendant hereby realleges and incorporates by reference all of the allegations of

6  paragraph one through eighty-five as though fully set forth herein.

7    90.    Defendant denies each and every allegation contained in paragraph ninety of the

8  complaint.

9    91.    Defendant denies each and every allegation contained in paragraph ninety-one of the

10  complaint.

11    92.    Defendant hereby realleges and incorporates by reference all of the allegations of

12  paragraph one through ninety-one as though fully set forth herein.

13    93.    Defendant admits plaintiff resides in the state.  Defendant denies each and every other

14  allegation contained in paragraph ninety-three of the complaint.

15    94.    Defendant denies each and every allegation contained in paragraph ninety-four of the

16  complaint.

17    95.    Defendant denies each and every allegation contained in paragraph ninety-five of the

18  complaint.

19    96.    Defendant denies each and every allegation contained in paragraph ninety-six of the

20  complaint.

21    97.    Defendant denies each and every allegation contained in paragraph ninety-seven of

22  the complaint.

23    98.    Defendant denies each and every allegation contained in paragraph ninety-eight of the

24  complaint.

25    99.    Defendant hereby realleges and incorporates by reference all of the allegations of

26  paragraph one through ninety-eight as though fully set forth herein.

27    100.    Defendant denies each and every allegation contained in paragraph one hundred of

28  the complaint.

1    101.    Defendant denies each and every allegation contained in paragraph one hundred and

2    one of the complaint.

3    102.    Defendant denies each and every allegation contained in paragraph one hundred and

4    two of the complaint.

5    103.    Defendant denies each and every allegation contained in paragraph one hundred and

6    three of the complaint.

7    104.    Defendant denies each and every allegation contained in paragraph one hundred and

8    four of the complaint.

9                                    **AFFIRMATIVE DEFENSES:**

10    As affirmative defenses, defendant alleges:

11                                **FIRST AFFIRMATIVE DEFENSE**

12                          **FAILURE TO STATE A CAUSE OF ACTION**

13    As a separate, distinct and affirmative defense, this appearing Defendant alleges that neither

14    the complaint nor any cause of action in the complaint states facts sufficient to substantiate a cause of

15    action against this appearing Defendant.

16                                **SECOND AFFIRMATIVE DEFENSE**

17                              **FAILURE TO MITIGATE DAMAGES**

18    As a separate, distinct and affirmative defense, this appearing Defendant alleges that,

19    plaintiff's alleged injuries, if any there were, were aggravated by the plaintiff's failure to use

20    reasonable diligence to mitigate them.

21                                **THIRD AFFIRMATIVE DEFENSE**

22                                  **STATUTE OF LIMITATIONS**

23    As a separate, distinct and affirmative defense, this appearing Defendant alleges that the

24    complaint and all causes of action contained therein are barred by the Statute of Limitations, and

25    more specifically §§337, 337.1, 337.15, 338, 339, 340, 340.6 and 343 of the California Code of Civil

26    Procedure.

27    ///

28    ///

Answer to Complaint                    9                    C 07 05410

1

## FOURTH AFFIRMATIVE DEFENSE

2

## ESTOPPEL

3    As a separate, distinct and affirmative defense, this appearing Defendant alleges that the

4    plaintiff is estopped by action of law or by conduct from maintaining these action.

5

## FIFTH AFFIRMATIVE DEFENSE

6

## LACHES

7    As a separate, distinct and affirmative defense, this appearing Defendant alleges that the

8    action filed in this complaint is not maintainable under the doctrine of laches.

9

## SIXTH AFFIRMATIVE DEFENSE

10

## UNCLEAN HANDS

11    As a separate, distinct and affirmative defense, this appearing Defendant alleges that the

12    plaintiff in this case is guilty of "unclean hands" in the matters set forth in the complaint, which

13    conduct extinguishes the right to equitable relief in these action.

14

## SEVENTH AFFIRMATIVE DEFENSE

15

## PERFORMANCE

16    As a separate, distinct and affirmative defense, this appearing Defendant alleges that the

17    plaintiff is foreclosed from seeking damages from this defendant because these defendant performed

18    all obligations, if any, that they owed to plaintiff, and defendant's conduct was consistent with the

19    terms of the contract between the parties.

20    WHEREFORE, defendant prays as follows:

21    1.    That plaintiff take nothing by reason of its complaint, that judgment be rendered in

22    favor of defendant;

23    2.    That defendant be awarded his cost of suit incurred in defense of this action;

24    3.    For reasonable attorney's fees.

25    4.    For such other relief as the Court deems proper.

26    Dated:  December 14, 2007

27    _____

28    CHARLES M. STANDARD
      Attorney for Defendant, RAYMOND FLORES

Answer to Complaint                    10                    C 07 05410

1  CASE NAME:          CONCETTI v. IMPAC

2  CASE NUMBER:        C 07 05410 JW

3

4                    CERTIFICATE OF SERVICE

5

6      I, CHARLES STANDARD, declare that:

7      I am an active member of the State Bar of California, and am not a party to this action.  My

8  business address is 152 N. Third Street, Suite 700, San Jose, California, 95112.  On the 14th day of

9  December, 2007, I deposited in the United States mail at San Jose, California, a copy of the attached:

10                    **ANSWER TO COMPLAINT**

11  in a sealed envelope, with postage fully prepaid, addressed to:

12  Jessica L. Fry
    Kerstin Arusha
13  LAW FOUNDATION OF SILICON VALLEY
    111 W. Saint John Street, Suite 315
14  San Jose, CA  95113

15      I declare under the penalty of perjury under the laws of the State of California that the

16  foregoing is true and correct, and that this declaration was executed on the aforesaid date at San Jose,

17  California.

18

19

20  _____
                CHARLES M. STANDARD

21

22

23

24

25

26

27

28