UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dominic Concetti, through Guardian Ad Litem, Sharon Fraser

Plaintiff(s),

v.

IMPAC Funding Corporation, dba IMPAC; Universal Mortgage and Sales, Inc., Raymond Flores and Erik S. Gonzales

Defendant(s).

No. C 07 05410 JW

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 12-26-2007

Signature: /s/ Jessica L. Fry

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")