JESSICA L. FRY (PRO HAC VICE)
FAIR HOUSING LAW PROJECT
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2458
Facsimile: (408) 293-0106

Attorney for PLAINTIFFS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON FRASER, <br><br>Plaintiffs, <br><br>v. <br><br>IMPAC FUNDING CORPORATION, a California Corporation, dba IMPAC; UNIVERSAL MORTGAGE AND SALES, INC., a California Corporation; RAYMOND FLORES, an individual; and ERIK S. GONZALES, an individual, <br><br>Defendants | Case No. C-07-05410 JW <br><br> STIPULATION FOR ADR PROCESS AND [PROPOSED] ORDER |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following private process: Mediation with Judge Ambler from JAMS. The parties agree to hold the ADR session by the presumptive deadline, which is 90 days from the date of this order.

//

//

CONCETTI v. IMPAC, et al., No. C-07-05410 JW
[PROPOSED] STIPULATION FOR STIPULATION TO ADR PROCESS

1

Dated: February 25, 2008         FAIR HOUSING LAW PROJECT

_____
Jessica Fry
Attorneys for Plaintiffs

Dated: February 20, 2008         WOLFE & WYMAN LLP

_____
Eric T. Lamhoffer
Attorneys for Defendant Impac

Dated: February ___, 2008        LAW OFFICES OF CHARLES M. STANDARD

_____
Charles Standard
Attorneys for Defendant Flores

CONCETTI v. IMPAC, et al., No. C-07-05410-JW
[PROPOSED] STIPULATION FOR STIPULATION TO ADR PROCESS

2

1 | Dated: February ___, 2008          **FAIR HOUSING LAW PROJECT**

                                       _____
                                       Jessica Fry
                                       Attorneys for Plaintiffs

5 | Dated: February ___, 2008          **WOLFE & WYMAN LLP**


                                       _____
                                       Eric T. Lamhoffer
                                       Attorneys for Defendant Impac

10 | Dated: February 25, 2008          **LAW OFFICES OF CHARLES M. STANDARD**

                                       /s/ Charles M. Standard
                                       _____
                                       Charles Standard
                                       Attorneys for Defendant Flores

CONCETTI v. IMPAC, et al., No. C-07-05410 JW
[PROPOSED] STIPULATION FOR STIPULATION TO ADR PROCESS                                2