1  JESSICA L. FRY (PRO HAC VICE)
2  FAIR HOUSING LAW PROJECT
   111 West Saint John Street, Suite 315
3  San Jose, California 95113
   Telephone: (408) 280-2458
4  Facsimile: (408) 293-0106
5
6  Attorney for PLAINTIFFS

7
8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                        (San Jose)

10  DOMINIC CONCETTI, through his          ) Case No. C-07-05410 JW
11  Guardian Ad Litem, SHARON FRASER,      )
                                           ) STIPULATION FOR ADR PROCESS
12          Plaintiffs,                     ) AND [PROPOSED] ORDER
13                                          )
                                           )
14              v.                          )
                                           )
15  IMPAC FUNDING CORPORATION, a           )
16  California Corporation, dba IMPAC;      )
    UNIVERSAL MORTGAGE AND SALES,          )
17  INC., a California Corporation;         )
    RAYMOND FLORES, an individual; and    )
18  ERIK S. GONZALES, an individual,       )
19
20          Defendants

21  Counsel report that they have met and conferred regarding ADR and have reached the
22  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

23  The parties agree to participate in the following private process: Mediation with Judge Ambler
24  from JAMS. The parties agree to hold the ADR session by the presumptive deadline, which is
    90 days from the date of this order.
25
26  //

27  //

28
    CONCETTI v. IMPAC, et al., No. C-07-05410 JW
    [PROPOSED] STIPULATION FOR STIPULATION TO ADR PROCESS

                                                                            1

1   Dated: February 25, 2008          **FAIR HOUSING LAW PROJECT**

2

3                                           Jessica Fry

4                                           Attorneys for Plaintiffs

5   Dated: February 20, 2008          **WOLFE & WYMAN LLP**

6

7

8                                           Eric T. Lamhoffer

9                                           Attorneys for Defendant Impac

10  Dated: February ___, 2008         **LAW OFFICES OF CHARLES M. STANDARD**

11

12

13                                          Charles Standard

14                                          Attorneys for Defendant Flores

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONCETU v. IMPAC, et al., No. C-07-05410 JW
[PROPOSED] STIPULATION FOR STIPULATION TO ADR PROCESS

Dated: February ___, 2008          **FAIR HOUSING LAW PROJECT**

_____
Jessica Fry
Attorneys for Plaintiffs

Dated: February ___, 2008          **WOLFE & WYMAN LLP**

_____
Eric T. Lamhoffer
Attorneys for Defendant Impac

Dated: February 25, 2008          **LAW OFFICES OF CHARLES M. STANDARD**

_____
Charles Standard
Attorneys for Defendant Flores

IT IS SO ORDERED

Dated: March 3, 2008

_____
United States District Judge