1  STEVEN L. WALKER (State Bar No. 163613)
   swalker@mwe.com
2  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA 94304
   Telephone:    650.813.5000
4  Facsimile:    650.813.5100
5
   Attorneys for Plaintiff
6  DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON
   FRASER
7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12 | DOMINIC CONCETTI, through his          | Case No.  C-07-04510 JW
   | Guardian Ad Litem, SHARON FRASER,      |

13 |          Plaintiff,                    | **Electronic Case Filing**

14 |            v.                          | NOTICE OF APPEARANCE OF
                                              STEVEN L. WALKER
15 | IMPAC FUNDING CORORATION, a
   | California corporation, dba IMPAC;
16 | UNIVERSAL MORTGAGE AND
   | SALES, INC., a California corporation;
17 | RAYMOND FLORES, an individual;
   | and ERIK S. GONZALES, an
18 | individual;.
   | Defendants.
19

20

21        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22        PLEASE TAKE NOTICE that the undersigned, Steven L. Walker, of the law offices of

23 McDermott Will & Emery LLP, hereby file this Notice of Appearance in the above-referenced

24 action as counsel for DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON

25 FRASER and request that copies of all briefs, motions, orders, correspondence, and other papers

26 also be electronically served on the undersigned as follows:

27

28

1

2     Steven L. Walker
      swalker@mwe.com
3     McDermott Will & Emery LLP
      3150 Porter Drive
4     Palo Alto, CA 94304

      Telephone:  650.813.5000
5     Facsimile:  650.813.5100

6

7     DATED:  March 10, 2008          MCDERMOTT WILL & EMERY

8

9                                     By:  /s/ Steven L. Walker
                                           STEVEN L. WALKER
10                                         Attorneys for Plaintiff,
                                           DOMINIC CONCETTI, through his
11                                         Guardian Ad Litem, SHARON FRASER

12

13

14    MPK 139549-1.009972.0088

15

16

17

18

19

20

21

22

23

24

25

26

27

28
      NOTICE OF APPEARANCE                                    C-07-05410 JW

                                  -1-