LAW OFFICES OF
**HORAN, LLOYD, KARACHALE, DYER, SCHWARTZ, LAW & COOK**
INCORPORATED

LAURENCE P. HORAN
FRANCIS P. LLOYD
ANTHONY T. KARACHALE
STEPHEN W. DYER
GARY D. SCHWARTZ
MARK A. BLUM
MARK A. O'CONNOR
ROBERT E. ARNOLD III
ELIZABETH C. GIANOLA
AENGUS L. JEFFERS
PAMELA H. SILKWOOD
MICHAEL P. BURNS
AUSTIN C. BRADLEY

P.O. BOX 3350, MONTEREY, CALIFORNIA 93942-3350
www.horanlegal.com

JAMES J. COOK
DENNIS M. LAW

TELEPHONE: (831) 373-4131
FROM SALINAS: (831) 757-4131
FACSIMILE: (831) 373-8302
gianola@horanlegal.com

March 19, 2008

OUR FILE NO. 5868.02

## NOTICE OF STAY OF PROCEEDINGS

**VIA E-MAIL AND U.S. MAIL**

Jessica L. Fry
Law Foundation of Silicon Valley
111 West Saint John Street, #315
San Jose, CA 95113

Steven L. Walker
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304

Eric Lamhofer
Wolfe & Wyman LLP
5 Park Plaza
Suite 1100
Irvine, CA 92614

Re:  Concetti v. IMPAC Funding Corp., et al.
United States District Court, Northern District of California
Case No. C07-05410

Dear Ms. Fry, Mr. Walker, and Mr. Lamhofer:

Please note that on March 19, 2008, Universal Mortgage and Sales, Inc. ("Universal") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. A true and correct copy of the Notice of Bankruptcy Case Filing is attached hereto.

11 U.S.C. § 362(a) provides for an automatic stay, applicable to all entities, of, among other things, the following:

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

\* \* \*

Jessica L. Fry
Law Foundation of Silicon Valley
Steven L. Walker
McDermott Will & Emery LLP
Eric Lamhofer
Wolfe & Wyman LLP
March 19, 2008
Page 2

---

    (3)    any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; [and]

* * *

    (7)    the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor.

Please take further notice that the automatic stay of proceedings commenced concurrently with the filing of the bankruptcy petition on March 19, 2008. The automatic stay prevents commencement or continuation of actions against a debtor. In light of the above, all proceedings against Universal in connection with this matter are stayed.

Very truly yours,

Elizabeth C. Gianola

ECG:sew
Enclosures

cc:    Client
       Office of the Clerk *(by U.S. mail only)*
       United States District Court
       Northern District of California
       280 South First Street
       San Jose, CA 95113

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/19/2008 at 2:09 PM and filed on 03/19/2008.

**Universal Mortgage & Sales, Inc.**
400 Salinas Street
Salinas, CA 93901
Tax id: 77-0564913

The case was filed by the debtor's attorney:

**Janice M. Murray**
Law Offices of Murray and Murray
19400 Stevens Creek Blvd. #200
Cupertino, CA 95014-2548
(650) 852-9000

The case was assigned case number 08-51294.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Gloria L. Franklin
Clerk, U.S. Bankruptcy Court