1  Elizabeth C. Gianola (SBN 142522)
   HORAN, LLOYD LAW OFFICES
2  499 Van Buren Street
   P. O. Box 3350
3  Monterey, California 93942-3350
   Tel: (831) 373-4131
4  Fax: (831) 373-8302

5  Attorneys for Defendant Universal Mortgage
   and Sales, Inc. and Erik Gonzales
6

7
                    UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9

10 DOMINIC CONCETTI, by his Guardian Ad Litem,   CASE NO. C07 05410 JW
   SHARON FRASER,
11                                               **CERTIFICATE OF SERVICE**
                          Plaintiff,
12
   v.
13
   IMPAC FUNDING CORPORATION, a California
14 corporation,    dba    IMPAC;    UNIVERSAL
   MORTGAGE AND SALES, INC., a California
15 corporation; RAYMOND FLORES, an individual;
   and ERIK S. GONZALES, an individual,
16
                          Defendants.
17 _____ /

18 AND RELATED CROSS-ACTIONS.
                                              /
19 _____

20

21

22

23

24

25

26

27

28

1

<u>PROOF OF SERVICE</u>

2        I am employed by HORAN, LLOYD LAW OFFICES in the County of Monterey,
California. I am over the age of 18 and not a party to the within action. My business address is 499
3   Van Buren Street, Post Office Box 3350, Monterey, California, 93942-3350.

4        On this date I caused to be served the within **NOTICE OF STAY OF PROCEEDINGS**
on the parties in this action in the manner indicated:

5

6   **ATTORNEY**                                          **PARTY**

| | |
|---|---|
| Kerstin Arusha<br>Jessica Fry<br>Law Foundation of Silicon Valley<br>111 West St. John Street<br>San Jose, CA 95113<br>Email: kerstina@lawfoundation.org<br>        jessicaf@lawfoundation.org | Dominic Concetti, by his Guardian<br>Ad Litem, Sharon Fraser |
| Steven L. Walker<br>McDermott, Will & Emery<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Email: swalker@mwe.com | Dominic Concetti, by his Guardian<br>Ad Litem, Sharon Fraser |
| Eric Lamhofer<br>Wolfe & Wyman LLP<br>5 Park Plaza<br>Suite 1100<br>Irvine, CA 92614<br>Email: etlamhofer@wolfewyman.com | IMPAC Funding Corporation |
| Charles Standard<br>152 N. Third Street<br>Suite 700<br>San Jose, CA 95112<br>Email: cms1law@sbcglobal.net | Raymond Flores |

7
8
9
10
11
12
13
14
15
16
17
18
19
20

21

__X__ (By Mail) I caused copies of the document to be placed in envelopes, addressed as indicated
22  above and delivered each envelope, with postage prepaid to be placed in the United States mail at
Monterey, California. I am readily familiar with the business practices of the firm regarding the
23  collection and processing of correspondence for mailing with the United States Postal Service.
Pursuant to such business practices, and in the ordinary course of business, all correspondence is
24  deposited with the United States Postal Service on the same day it is placed for collection and
mailing.

25
_____ (By Hand) I delivered the envelope to addressee.

26
__X__ (By E-mail) I sent an electronic copy of the document to each email address indicated above.
27  The transmissions were reported as successful.

28

1        I declare under penalty of perjury under the laws of the State of California that the foregoing
2   is true and correct.  Executed at Monterey, California on March 19, 2008.

3                                                        /s/          Sarah Welsh
                                                     Sarah Welsh
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28