**LAW FOUNDATION OF SILICON VALLEY**
**FAIR HOUSING LAW PROJECT**
ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
JESSICA FRY (REGISTERED LEGAL SERVICES ATTORNEY NO. 800918)
111 West Saint John Street, Suite 315
San Jose, CA 95113
Telephone: (408) 280-2458
Facsimile: (408) 293-0106

**MCDERMOTT WILL & EMERY LLP**
SHEILA Z. COLLINS (STATE BAR NO. 254184)
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5147
Facsimile: (650) 813-5100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON FRASER, <br><br> Plaintiff, <br><br> v. <br><br> IMPAC FUNDING CORORATION, a California corporation, dba IMPAC; UNIVERSAL MORTGAGE AND SALES, INC., a California corporation; RAYMOND FLORES, an individual; and ERIK S. GONZALES, an individual;. Defendants. | Case No. C 07 05410 JW <br><br> Honorable James Ware <br> United States District Court Judge <br><br> **STIPULATION FOR EXTENSION OF DEADLINES SET FORTH IN THE COURT'S MARCH 13, 2008 SCHEDULING ORDER AND [PROPOSED ORDER]** |

On March 14, 2008, parties engaged in mediation but were unable to come to arrive at a settlement agreement.  Thereafter, parties began discovery.  At this time, Plaintiffs have been unable to secure expert witnesses, and have new counsel associated with Plaintiffs.  Subject to the approval of this Court, the parties hereby stipulate to the following amended case schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of all discovery | September 19, 2008 | November 19, 2008 |
| Last Date for Hearing Dispositive Motions | November 17, 2008 | January 26, 2009 |
| Preliminary pretrial conference at 11:00am | August 25, 2008 | October 20, 2008 |
| Preliminary Pretrial Conference Statements | August 15, 2008 | October 10, 2008 |

Dated: July _8_, 2008         FAIR HOUSING LAW PROJECT

/s/_____
Jessica Fry
Attorneys for Plaintiffs


Dated: July _7_, 2008         WOLFE & WYMAN

/s/_____
Eric Lamhofer
Attorneys for Defendant IMPAC


Dated: July _7_, 2008         LAW OFFICES OF CHARLES STANDARD


/s/_____
Charles Standard
Attorneys for Defendant FLORES

**STIPULATION FOR EXTENSION OF DEADLINES
AND [PROPOSED] ORDER**
06-04253 JF

# [PROPOSED] ORDER

Upon review of the parties' stipulation requesting an extension of the time to complete discovery and to extend the deadlines set forth in this Court's March 13, 2008 scheduling order and good cause appearing:

IT IS HEREBY ORDERED that the proposed stipulation between the parties sets forth the new scheduling deadlines in this case as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of all discovery | September 19, 2008 | November 19, 2008 |
| Last Date for Hearing Dispositive Motions | November 17, 2008 | January 26, 2009 |
| Preliminary pretrial conference at 11:00am | August 25, 2008 | October 20, 2008 |
| Preliminary Pretrial Conference Statements | October 10, 2008 | October 10, 2008 |

Dated: _____
United States District Judge Ware

**STIPULATION FOR EXTENSION OF DEADLINES AND [PROPOSED] ORDER**
06-04253 JF