SHEILA Z. COLLINS (State Bar No. 254184)
scollins@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone:   650.813.5147
Facsimile:    650.813.5100

Attorneys for Plaintiff
DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON FRASER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON FRASER,<br><br>Plaintiff,<br><br>v.<br><br>IMPAC FUNDING CORORATION, a California corporation, dba IMPAC; UNIVERSAL MORTGAGE AND SALES, INC., a California corporation; RAYMOND FLORES, an individual; and ERIK S. GONZALES, an individual;.<br><br>Defendants. | Case No.  C-07-05410 JW<br><br>**Electronic Case Filing**<br><br>**NOTICE OF APPEARANCE OF SHEILA Z. COLLINS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned, Sheila Z. Collins, of the law offices of McDermott Will & Emery LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON FRASER and request that copies of all briefs, motions, orders, correspondence, and other papers also be electronically served on the undersigned as follows:

| | |
|---|---|
| Sheila Z. Collins<br>scollins@mwe.com<br>McDermott Will & Emery LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br><br>Telephone: 650.813.5147<br>Facsimile:  650.813.5100 | |
| DATED: August 20, 2008 | MCDERMOTT WILL & EMERY<br><br>By: /s/ Sheila Z. Collins<br>    SHEILA Z. COLLINS<br>    Attorneys for Plaintiff,<br>    DOMINIC CONCETTI, through his<br>    Guardian Ad Litem, SHARON FRASER |

NOTICE OF APPEARANCE OF
SHEILA Z. COLLINS

CASE NO. C-07-05410 JW