1  JESSICA L. FRY (Pro Hac Vice)
   jessicaf@lawfoundation.org
2  ANNETTE KIRKHAM (SBN: 217958)
   Annettek@lawfoundation.org
3  FAIR HOUSING LAW PROJECT
   111 West Saint John Street, Suite 315
4  San Jose, CA 95113
   Telephone: 408.280.2458
5  Facsimile:  408.293.0106

6  SHEILA Z. COLLINS (SBN: 254184)
   scollins@mwe.com
7  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
8  Palo Alto, CA 94304
   Telephone: 650.813.5000
9  Facsimile:  650.813.5100

10 Attorneys for Plaintiff
   DOMINIC CONCETTI, through his Guardian Ad
11 Litem, SHARON FRASER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON FRASER,<br><br>Plaintiff,<br><br>v.<br><br>IMPAC FUNDING CORPORATION, a California corporation, dba IMPAC; UNIVERSAL MORTGAGE AND SALES, INC., a California corporation; RAYMOND FLORES, an individual; and ERIK S. GONZALES, an individual,<br><br>Defendants. | CASE NO. C07-05410 JW<br><br>**DOMINIC CONCETTI'S MOTION FOR WITHDRAWAL OF COUNSEL** |

Plaintiff Dominic Concetti respectfully requests that Steven L. Walker be permitted to withdraw as counsel of record for Dominic Concetti in this matter. The reason for this request is that Mr. Walker is no longer associated with the law firm of McDermott Will & Emery LLP. No other changes are requested at this time regarding other attorneys acting as Dominic Concetti's

1  counsel of record. Plaintiff further requests the termination of receiving the following electronic
2  notices of e-filings:

3  Steven L. Walker
4  E-mail: swalker@mwe.com
   McDermott Will & Emery LLP
5  3150 Porter Drive
   Palo Alto, CA 94304
6  Telephone: 650.813.5000
   Facsimile: 650.813.5100
7
8
9  Dated: August 26, 2008                    McDERMOTT WILL & EMERY LLP
10
11                                           By:/s/ Sheila Z. Collins
12                                              Sheila Z. Collins
                                                Attorneys for Plaintiff
13                                              Dominic Concetti, through his Guardian
                                                Ad Litem, Sharon Fraser
14

MPK 145934-1.099791.0011