1  JESSICA L. FRY *(Pro Hac Vice)*
   jessicaf@lawfoundation.org
2  ANNETTE KIRKHAM (SBN: 217958)
   Annettek@lawfoundation.org
3  FAIR HOUSING LAW PROJECT
   111 West Saint John Street, Suite 315
4  San Jose, CA 95113
   Telephone: 408.280.2458
5  Facsimile:  408.293.0106

6  SHEILA Z. COLLINS (SBN: 254184)
   scollins@mwe.com
7  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
8  Palo Alto, CA 94304
   Telephone: 650.813.5000
9  Facsimile:  650.813.5100

10 Attorneys for Plaintiff
   DOMINIC CONCETTI, through his Guardian Ad
11 Litem, SHARON FRASER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON FRASER,<br><br>Plaintiff,<br><br>v.<br><br>IMPAC FUNDING CORPORATION, a California corporation, dba IMPAC; UNIVERSAL MORTGAGE AND SALES, INC., a California corporation; RAYMOND FLORES, an individual; and ERIK S. GONZALES, an individual,<br><br>Defendants. | CASE NO. C07-05410 JW<br><br>**ORDER GRANTING MOTION OF WITHDRAWAL OF REPRESENTATION** |

Before the Court is Plaintiff Dominic Concetti's Motion of Withdrawal of Representation of the following attorney, as an attorney of record:

    Steven L. Walker
    E-mail: swalker@mwe.com

McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.813.5000
Facsimile: 650.813.5100

AND, it appearing that such motion should be GRANTED:

IT IS THEREFORE, ORDERED, that such motion is GRANTED, and that the above-named attorney is withdrawn as counsel of record for Plaintiff Dominic Concetti and all e-filing for this attorney will be terminated.

Dated: _____, 2008

By: _____
Honorable Judge James Ware

MPK 145935-1.099791.0011