**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Civil Action No. C 07-05410-JW**

DOMINIC CONCETTI,

    Plaintiff,

v.

IMPAC FUNDING CORPORATION, UNIVERSAL MORTGAGE AND SALES, INC. RAYMOND FLORES, AND ERIK S. GONZALES,

    Defendants.

**CERTIFICATE OF SERVICE**

**RE DOMINIC CONCETTI'S MOTION FOR WITHDRAWAL AS COUNSEL; ORDER GRANTING MOTION OF WITHDRAWAL OF REPRESENTATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this August 26, 2008, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                                                                */s/ Sheila Z. Collins*
                                                                Sheila Z. Collins

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff contacted Counsel for Defendants on August 20, 2008 and counsel for Defendants did not respond.

                                                              */s/ Sheila Z. Collins*
                                                                Sheila Z. Collins

## CERTIFICATE OF SERVICE

[x]    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

PROOF OF SERVICE                                                                   CASE NO. C07-05410-JW

1  Erik S. Gonzales
2  30 Pelleria Drive
   American Canyon, CA 94503

3
4  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

5  Executed on August 26, 2008, at Palo Alto, California.

6
7                                              */s/ Sheila Z. Collins*
                                               Sheila Z. Collins
8

11  MPK 145936-1.099791.0011

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

PROOF OF SERVICE                    - 2 -                    CASE NO. C07-05410-JW