```
 1  Eric M. Schiffer, Esq. (SBN 179695)
    emschiffer@wolfewyman.com
 2  Eric T. Lamhofer, Esq. (SBN 115865)
    etlamhofer@wolfewyman.com
 3  WOLFE & WYMAN LLP
    5 Park Plaza, Suite 1100
 4  Irvine, California 92614-5979
    Telephone:  (949) 475-9200
 5  Facsimile:   (949) 475-9203

 6  Attorneys for Defendant/Cross-Claimant
    IMPAC FUNDING CORPORATION
 7  dba IMPAC LENDING GROUP
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC CONCETTI by his Guardian Ad Litem, , SHARON FRASER,<br><br>Plaintiff,<br><br>v.<br><br>IMPAC FUNDING CORPORATION, a California corporation, dba IMPAC; UNIVERSAL MORTGAGE AND SALES, INC., a California corporation; RAYMOND FLORES, an individual; and ERIK S. GONZALES, an individual,<br><br>Defendants. | Case No. C07-05410 JW<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT IMPAC FUNDING CORPORATION<br><br>[FRCP 41(a)(1)] |
| IMPAC FUNDING CORPORATION dba IMPAC LENDING GROUP,<br><br>Cross-Claimant,<br><br>v.<br><br>UNIVERSAL SALES & MORTGAGE, INC., RAYMOND FLORES, an individual, ERIK S. GONZALES, an individual;<br><br>Cross-Defendants. | |

///

1

The Court having reviewed the proposed stipulation of Plaintiff DOMINIC CONCETTI , through his guardian ad litem, Sharon Fraser ("Plaintiff"), and Defendant IMPAC FUNDING CORPORATION ("IMPAC") to dismiss Defendant IMPAC from this action, pursuant to FRCP 41(a)(1), and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant IMPAC, be, and hereby is, dismissed with prejudice from the Complaint in this action.

IT IS SO ORDERED.

DATED: __December 12, 2008_____    _____/s/ James Ware_____
                                     Honorable James Ware
                                     United States District Court Judge

H:\Matters\Impac  (1177)\065 (Rescission of Concetti)\Pleadings\[Proposed] Order re Stipulation Re Dismissal.doc