1  Eric M. Schiffer, Esq. (SBN 179695)
   emschiffer@wolfewyman.com
2  Eric T. Lamhofer, Esq. (SBN 115865)
   etlamhofer@wolfewyman.com
3  WOLFE & WYMAN LLP
   5 Park Plaza, Suite 1100
4  Irvine, California 92614-5979
   Telephone: (949) 475-9200
5  Facsimile:  (949) 475-9203

6  Attorneys for Defendant/Cross-Claimant
   IMPAC FUNDING CORPORATION
7  dba IMPAC LENDING GROUP



IT IS SO ORDERED
Judge James Ware

8              UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

11 DOMINIC CONCETTI by his Guardian      Case No. C07-05410 JW
   Ad Litem, , SHARON FRASER,
12                                        [PROPOSED] ORDER ON
              Plaintiff,                  STIPULATION FOR DISMISSAL
13                                        OF CROSS-CLAIM OF IMPAC
         v.                               FUNDING CORPORATION DBA
14                                        IMPAC LENDING GROUP
   IMPAC FUNDING CORPORATION, a          AGAINST CROSS-DEFENDANT
15 California corporation, dba IMPAC;    RAYMOND FLORES
   UNIVERSAL MORTGAGE AND
16 SALES, INC., a California corporation; [FRCP 41(c)]
   RAYMOND FLORES, an individual;
17 and ERIK S. GONZALES, an
   individual,
18
              Defendants.
19

20
   IMPAC FUNDING CORPORATION
21 dba IMPAC LENDING GROUP,

22            Cross-Claimant,

23       v.

24 UNIVERSAL SALES & MORTGAGE,
   INC., RAYMOND FLORES, an
25 individual, ERIK S. GONZALES, an
   individual;
26
              Cross-Defendants.
27

28 ///

                                    1

The Court having reviewed the proposed stipulation of Cross-Claimant IMPAC FUNDING CORPORATION dba IMPAC LENDING GROUP ("IMPAC"), and Cross-Defendant RAYMOND FLORES ("FLORES") to dismiss FLORES from IMPAC's Cross-Claim, pursuant to FRCP 41(c), and good cause appearing therefor,

IT IS HEREBY ORDERED that Cross-Defendant FLORES, be, and hereby is, dismissed from IMPAC's Cross-Claim in this action.

IT IS SO ORDERED.

DATED: December 30, 2008

*James Ware*
Honorable James Ware
United States District Court Judge

H:\Matters\Impac (1177)\065 (Rescission of Concetti)\Pleadings\[Proposed] Order re Stipulation Re Cross-Claim Dismissal.doc

[PROPOSED] ORDER RE STIPULATION
C07-05410-JW