IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dominic Concetti,<br><br>       Plaintiff,<br>  v.<br><br>Impac Funding Corporation, et al.,<br><br>       Defendants.<br>                                     / | NO. C 07-05410 JW<br><br>**ORDER VACATING CURRENT SCHEDULE; SETTING SUBSEQUENT INTERIM CASE MANAGEMENT CONFERENCE** |

In its October 21, 2008 Scheduling Order, the Court stayed this case as to Defendants Universal Mortgage and Sales, Inc. and Raymond Flores in light of their filing for bankruptcy. (See Docket Item No. 47.) Since then, all claims and cross-claims against Impac Funding Corporation and Erik Gonzales have been voluntarily dismissed. (See Docket Item Nos. 32, 34, 49, 51.) Thus, the only remaining claims are those against Defendants Universal and Flores, which have been stayed by the Court. Accordingly, the Court orders as follows:

(1) All dates pursuant to the Court's October 21, 2008 Scheduling Order, including the Interim Case Management Conference scheduled for January 26, 2009, are VACATED.

(2) The parties shall appear for an Interim Case Management Conference on **June 22, 2009 at 10:00 a.m.** On or before **June 12, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall, among other things, update the Court on the bankruptcy status of the remaining Defendants and the parties plans for advancing this case.

Dated: January 22, 2009

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annette D. Kirkham annettek@lawfoundation.org
Charles Michael Standard cms1law@sbcglobal.net
Charles Michael Standard cms1law@sbcglobal.net
Elizabeth Catherine Gianola gianola@horanlegal.com
Eric Thomas Lamhofer etlamhofer@wolfewyman.com
James Maitland Lauderdale jim@lauderdalelaw.com
Jessica Lynn Fry jessicaf@lawfoundation.org
Kerstin Arusha kerstina@lawfoundation.org
Sheila Zoe Lofgren Collins scollins@mwe.com

**Dated: January 22, 2009**         **Richard W. Wieking, Clerk**

                                    **By:     /s/ JW Chambers**
                                         **Elizabeth Garcia**
                                         **Courtroom Deputy**

United States District Court
For the Northern District of California