```
1  ANNETTE KIRKHAM (State Bar No. 217958)
   JESSICA FRY (Registered Legal Services Attorney #800918)
2  FAIR HOUSING LAW PROJECT
   LAW FOUNDATION OF SILICON VALLEY
3  111 West St. John Street, Suite 315
4  San Jose, CA 95113
   jessicaf@lawfoundation.org
5  Phone (408) 280-2458
6  Fax (408) 293-0106

7  [counsel continued on last page]

8  Attorneys for Creditor
9  DOMINIC CONCETTI,
   by and through his guardian ad litem,
10 SHARON FRASER
```

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DOMINIC CONCETTI, through his Guardian Ad Litem, SHARON FRASER<br><br>          Plaintiff,<br><br>     v.<br><br>IMPAC FUNDING CORORATION, a California corporation, dba IMPAC; UNIVERSAL MORTGAGE AND SALES, INC., a California corporation; RAYMOND FLORES, an individual; and ERIK S. GONZALES, an individual;<br><br>          Defendants. | Case No. C07 05410 JW<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT FLORES<br><br>FRCP 41(C)) |

The Court having reviewed the proposed stipulation of Plaintiff DOMINIC CONCETTI ("CONCETTI") and RAYMOND FLORES ("FLORES") to dismiss FLORES from CONCETTI'S Complaint, pursuant to FRCP 41(c), and in good cause appearing therefore,

-1-

1   IS HEREBY ORDERED that Defendant FLORES, be, and hereby is, dismissed from
2   CONCETTI's Complaint in this action.
3   The Clerk shall terminate Defendant Flores from the Docket.

4
Dated: April 2, 2009                              _____
5                                                 Honorable James Ware
6                                                 United States District Court Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27