1  ANNETTE KIRKHAM (State Bar No. 217958)
   JESSICA FRY (Registered Legal Services Attorney #800918)
2  **FAIR HOUSING LAW PROJECT**
   **LAW FOUNDATION OF SILICON VALLEY**
3  111 West St. John Street, Suite 315
4  San Jose, CA 95113
   jessicaf@lawfoundation.org
5  Phone (408) 280-2458
6  Fax (408) 293-0106
   *[counsel continued on last page]*
7
8  Attorneys for Creditor
   DOMINIC CONCETTI,
9  by and through his guardian ad litem,
   SHARON FRASER
10

**IT IS SO ORDERED
AS MODIFIED**

*James Ware*

Judge James Ware

11                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                   SAN JOSE DIVISION

13 | DOMINIC CONCETTI, through his Guardian Ad    | Case No. C07 05410 JW
   | Litem, SHARON FRASER                          |
14 |              Plaintiff,                       | **NOTICE OF DISMISSAL OF**
   |                                               | **COMPLAINT OF PLAINTIFF DOMINIC**
15 |        v.                                     | **CONCETTI AGAINST DEFENDANT**
   |                                               | **UNIVERSAL MORTGAGE**
16 | IMPAC FUNDING CORORATION, a                   |
   | California corporation, dba IMPAC;            |
17 | UNIVERSAL MORTGAGE AND SALES,                 | **FRCP 41(a)(1)(A)(i)**
   | INC., a California corporation; RAYMOND       |
18 | FLORES, an individual; and ERIK S.           |
   | GONZALES, an individual;                      |
19
20
21 |              Defendants.                      |

22      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dominic Concetti, by

23 and through his guardian ad litem, hereby dismisses this action against defendant Universal

24 Mortgage WITHOUT PREJUDICE.

25 DATED: June __18__, 2009            FAIR HOUSING LAW PROJECT

26

27                                     By: /s/_____
                                           JESSICA FRY
                                           Attorneys for Defendant

                           -1-

                    NOTICE OF DISMISSAL
                    Case No. c07-05410 JW

**\*\*\* ORDER \*\*\***

This Notice of Dismissal by Plaintiff, which dismisses Universal Mortgage and Sales, Inc. as a Defendant, terminates the entire case as all other Defendants have been previously dismissed. Accordingly, the Clerk shall terminate Universal Mortgage and Sales, Inc. and close this file.

Dated:  June 18, 2009

_____

JAMES WARE
United States District Judge